1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERAGOS & GERAGOS ENGINE COMPANY NO. 28, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>HARTFORD FIRE INSURANCE COMPANY; SENTINEL INSURANCE COMPANY, LTD.; ERIC GARCETTI; and DOES 1 to 25,<br><br>    Defendants. | Case No.: CV 20-4647-GW-MAAx<br><br>**JUDGMENT**<br><br>The Honorable George H. Wu<br><br>Trial Date:  None Set |
| SENTINEL INSURANCE COMPANY, LTD.,<br><br>    Counter Claimant,<br><br>    vs.<br><br>GERAGOS & GERAGOS ENGINE COMPANY NO. 28, LLC<br><br>    Counter Defendant. | |

[PROPOSED] JUDGMENT

On December 3, 2020, this action came on regularly for hearing before the Court, The Honorable George H. Wu presiding, on Defendant and Counter Claimant Sentinel Insurance Company, Ltd.'s ("Sentinel") Motion for Judgment on the Pleadings ("Motion"). The issues having been duly heard and submitted, and a decision having been duly rendered (Dkt. No. 33), IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Plaintiff Geragos & Geragos Engine Company No. 28, LLC ("G&G") take nothing, that the action be dismissed in its entirety on the merits and with prejudice, and that Sentinel recover from G&G its costs of action.

DATED: January 22, 2021

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

**STEPTOE & JOHNSON LLP**

/s/ Robyn C. Crowther
Robyn C. Crowther (SBN 193840)
Sarah D. Gordon (*admitted pro hac vice*)
Frank Winston Jr. (*admitted pro hac vice*)
Johanna Dennehy (*admitted pro hac vice*)

*Attorneys for Defendant and Counter Claimant Sentinel Insurance Company, Ltd.*